9:17-cv-528

U.S. District Court, Clerk  
James T. Foley Courthouse  
North District of New York  
445 Broadway  
Albany, New York 12207-2974

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUN 07 2017
LAWRENCE K. BAERMAN, CLERK
ALBANY

6/3/17

Re: 42 U.S.C. 1983 & Temporarily Restraining Order filed on or about 5/7/17 by Randolph Scott 15-B-2127)

Clerk:

The above captioned legal action has not been assigned a Judge nor a Magistrate...

I, Randolph Scott has been assaulted again by Great Meadows Correctional Facility staff on 6/2/17...

The first assault was on 4/25/17... In which I'd originally filed 42 U.S.C. 1983 and request for Temporarily Restraining Order from (assault(s), etc. etc...

On or about 5/13/17 I'd wrote the Court a letter regarding another Black man that was beaten by staff handcuffed behind his (inmate's) back... A similar beating on 6/2/17 occurred to me (assault) by Great Meadows Correctional Facility staff... Earl Beverson 16-B-1250 was physically assaulted on 5/13/17...

Please Court, as explained in my original filing 5/7/17 something must be done to stop the vicious beatings/assaults on Blacks by Great Meadows Correctional staff and, condoned, advocated and promoted by Supt. C. Miller and, Executive Staff...

I do hope I have future witnesses... but most Blacks are in fear of retaliation by C.O. staff... and are scared to come forth...

(1)

NY NY 42 USC 1983 and, Temporary Restraining Order from Assault(s)/ Beating's be Enforced Granted by the Court that Justice may Prevail in the interest Justice... The Situation at Great Meadows Correctional Facility is Another "Attica" Before Camera(s) went up (Installed...) Thank you and, Yours Truly,

Respectfully Submitted,
/s/ Filed
/s/ Scott
Randolph Scott 15-B-2127
P.S. I on 6/2/17 was    Great Meadows Correctional
handcuffed behind back   Facility
and, kicked, punched while  Box 51
Laying on floor in Head and,  Great Meadows Correctional
Body in front of Inmate(s)... Facility
                            Comstock, New York 12821-0051

P.S. There is No Camera(s) in Great Meadows Correctional Facility... Thus, C.O.'s are outright lieing against inmate(s) and, inmate(s) are afraid to come forth in fear of Retaliation...

There need to be a serious Federal Investigation into the unlawful Force contact on Inmate(s)...

In a Year and a Half in DOCS Prison System, I have Never been Beaten nor, Charged with Assault on Staff until my Arrival at Great Meadows Correctional Facility... I'm strictly a Civil Litigator, Not a Fighter...

I still Remain under un/authorized commitment... Confinement... As Stated above I'm a Civil Litigator at 6.5 Yrs. Old... Filing numerous N.Y.S. Ct. Claim(s) CPLR Article 78's/ Through-out counties of New York State and, 42 U.S.C. 1983's in Western District of New York... I'm Not a Fighter as Great Meadows Correctional Facility Attempts to Make Me Out to be to Justify the Beating... Please we need the Court's Help...

GREAT MEADOW CORRECTIONAL FACILITY
BOX 51
COMSTOCK, NEW YORK 12821-0051

NAME: Randolph Scott DIN: 15-B-2127

Great Meadow
☆
Correctional Facility

NEOPOST
06/05/2017
US POSTAGE $000.49⁰
ZIP 12821
041M11283103

U.S. DISTRICT COURT U.S. District Court, Clerk
N.D. OF N.Y.                Northern District of New York
RECEIVED              James T. Foley Courthouse
                            445 Broadway
JUN 0 7 2017
LAWRENCE K. BAERMAN, CLERK Albany, New York 12207-2924
ALBANY

Legal mail

06/06