9:17-cv-520

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JUN 12 2017
LAWRENCE K. BAERMAN, CLERK
ALBANY

U.S. District Ct., Clerk    6/8/17
James T. Foley Courthouse
Northern District of New York
445 Broadway
Albany, New York 12207-2924

Re: (42 U.S.C. 1983 & Request for Temporary Restraining Order, etc. etc. filed on or about 5/5/17...)

Dear Judge:

Another Black inmate by name of Russel Ellis 16-A-3454 was assaulted by staff.

As I previously stated Blacks are assaulted on regular basis, protocol at Great Meadows Correctional Facility of "The Brotherhood Clansmans..."

As I noted you shortly after another Black was assaulted on 5/10/17 staff...

On 6/2/17 a staff, R. Taylor entered my cell unlawfully to beat me... this is the second (2nd) beating of me by staff... the 1st beating was 4/25/17 as stated in complaint. Presently, I am in box/SHU Confinement(s) & unlawful Confinement(s) still...

I've additionally, have been refused in ambulatory walking cane...

May my 42 U.S.C. 1983 action T.R.O. be granted, etc.

Dated: 6/8/17                    Respectfully Submitted,
CC: RS1 filed.                   R. Scott 6/8/17
P.S. Please prison               Randolph Scott 15-B-2127
     website for                 Great Meadows Corr. Fac.
     location.                   P.O. Box 51
                                 Comstock, New York 12821-0051

GREAT MEADOW CORRECTIONAL FACILITY
BOX 51
COMSTOCK, NEW YORK 12821-0051
NAME: RANDOLPH SCOTT   DIN: 15-B-2127

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
JUN 12 2017
LAWRENCE K. BAERMAN, CLERK
ALBANY

Great Meadow
Correctional Facility

NEOPOST
06/09/2017
US POSTAGE $000.49⁰
ZIP 12821
041M11283103

U.S. District Court, Clerk
Northern District of New York
James T. Foley Courthouse
445 Broadway
New York, New York 12207-2714

Legal Mail

Legal Mail