UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RANDOLPH R. SCOTT,

                              *Plaintiff*,        **NOTICE OF APPEARANCE**

-against-

                                                     17-CV-0520

CHRISTOPHER MILLER, ET AL.,

                                                     MAD/ATB

                              *Defendants*.

---

       PLEASE TAKE NOTICE that Defendants Christopher Miller and Patrick Brady hereby appear by the undersigned, whose address and telephone number are set forth below.

Dated:  Albany, New York
          July 31, 2017

                                                   ERIC T. SCHNEIDERMAN
                                                 Attorney General of the State of New York
                                                 Attorney for Defendants Christopher Miller and
                                                      Patrick Brady
                                                 The Capitol
                                                 Albany, New York

                                                 By: *s/ Katie E. Valder*
                                                 Katie E. Valder
                                                 Assistant Attorney General, of Counsel
                                                 Bar Roll No. 520616
                                                 Telephone: (518) 776-2628
                                                 Email: Katie.Valder@ag.ny.gov

To:    Randolph R. Scott, 15-B-2127
        Great Meadow Correctional Facility
        Box 51
        Comstock, NY 12821